IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

HERMAN WEBB,                                    *

              Petitioner,            *

v.                                                              Case No. 1:13-CV-81(WLS)

                             *

WARDEN JOSE MORALES ,

               *

              Respondent.

_____                *

## J U D G M E N T

      Pursuant to this Court's Order dated May 9, 2013, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of

Respondent.

      This 9th day of May, 2013.

                                   Gregory J. Leonard, Clerk


                                   s/ Wanda K. Sanders, Deputy Clerk